**Dismissed and Opinion Filed August 28, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00612-CV**

**UNIVERSITY PARK HOMEOWNERS ASSOCIATION, INC., Appellant**
**V.**
**TOBY RICHKER, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-00436**

## MEMORANDUM OPINION

Before Justices Nowell, Goldstein, and Breedlove
Opinion by Justice Breedlove

Before the Court is appellant's unopposed motion to dismiss this appeal. In the motion, appellant informs the Court that the parties have resolved the matter and appellant no longer wishes to pursue the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

/Maricela Breedlove/
MARICELA BREEDLOVE
JUSTICE

230612f.p05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

UNIVERSITY PARK
HOMEOWNERS ASSOCIATION,
INC., Appellant

No. 05-23-00612-CV     V.

TOBY RICHKER, Appellee

On Appeal from the 160th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-23-00436.
Opinion delivered by Justice
Breedlove. Justices Nowell and
Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 28th day of August 2023.